```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -  X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
        - v. -                          :
                                        :   INDICTMENT
FNU LNU,                                :
    a/k/a "Jaime Morales Sanchez,"      :   S1 19 Cr. 688 (VSB)
    a/k/a "James Morales Sanchez,"      :
    a/k/a "Jamie Morales Sanchez,"      :
    a/k/a "James Morales,"              :
                                        :
                Defendant.              :
                                        :
- - - - - - - - - - - - - - - - - - -  X
```

## COUNT ONE

**(False Statement in Application for Passport)**

The Grand Jury charges:

1.  On or about November 1, 2018, in the Southern District of New York and elsewhere, FNU LNU, a/k/a "Jaime Morales Sanchez," a/k/a "James Morales Sanchez," a/k/a "Jamie Morales Sanchez," a/k/a "James Morales," the defendant, willfully and knowingly did make false statements in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use and the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, LNU submitted a United States passport application containing false information about his identity, including a false name, place of birth, and


Social Security number.

(Title 18, United States Code, Sections 1542 and 2.)

## COUNT TWO

### (Aggravated Identity Theft)

The Grand Jury further charges:

2. On or about November 1, 2018, in the Southern District of New York and elsewhere, FNU LNU, a/k/a "Jaime Morales Sanchez," a/k/a "James Morales Sanchez," a/k/a "Jamie Morales Sanchez," a/k/a "James Morales," the defendant, knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, LNU possessed, used, and transferred the name, Social Security number, and date of birth of another person in connection with a fraudulent passport application, as charged in Count One of this Indictment.

(Title 18, United States Code, Sections 1028A(a)(1),

1028A(b), and 2.)

## COUNT THREE

### (False Statements to Federal Agents)

The Grand Jury further charges:

3. On or about December 10, 2018, in the Southern District of New York and elsewhere, FNU LNU, a/k/a "Jaime Morales Sanchez," a/k/a "James Morales Sanchez," a/k/a "Jamie Morales Sanchez,"

a/k/a "James Morales," the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully did make materially false, fictitious, and fraudulent statements and representations, and did make and used a false writing and document knowing the same to contain materially false, fictitious, and fraudulent statements and entries, to wit, LNU falsely claimed orally to federal law enforcement agents and in writing that certain identity information, including the name, place of birth, and Social Security number, included in the fraudulent passport application charged in Count One of this Indictment, was his information, when in truth and in fact such information was the identifying information of a different, deceased individual.

(Title 18, United States Code, Sections 1001 and 2.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**FNU LNU,**

a/k/a "Jaime Morales Sanchez,"
a/k/a "James Morales Sanchez,"
a/k/a "Jamie Morales Sanchez,"
a/k/a "James Morales,"

Defendant.

---

**INDICTMENT**

S1 19 Cr. 688 (VSB)

(18 U.S.C. §§ 1542, 1028A, 1001 & 2.)

GEOFFREY S. BERMAN
United States Attorney

*[signature]*

Foreperson

---

- TRUE BILL, INDICTMENT       9/26/19
- MAG. JUDGE ROBERT W. LEHRBURGER
- Wheel "A" →