```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :     ORDER
                                                            :
               - v. -                                       :     19-CR-688 (VSB)
                                                            :
FNU LNU                                                     :
also known as                                               :
Jaime Morales Sanchez                                       :
also known as                                               :
James Morales Sanchez                                       :
also known as                                               :
Jamie Morales Sanchez                                       :
also known as                                               :
James Morales                                               :
also known as                                               :
Sealed Defendant 1,                                         :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2020
```

VERNON S. BRODERICK, U.S.D.J.

At the request of the defendant's counsel, a sentencing is scheduled telephonically for 10:00 a.m. on April 23, 2020 in the above-captioned case.

It is hereby ORDERED that, at the appointed date and time for the sentencing, the Warden or other official in charge of the Westchester County Jail shall produce prisoner FNU LNU a/k/a Jaime Morales Sanchez, a/k/a James Morales Sanchez, a/k/a Jamie Morales Sanchez, a/k/a James Morales, a/k/a Sealed Defendant 1, Reg. No. 87148-054 ("Defendant") at a suitable location within Westchester County Jail equipped with a telephone at, for the purpose of participating by telephone in his sentencing hearing with the Court and defense counsel in the above referenced matter. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0183.

It is further ORDERED that: (1) the U.S. Marshals Service must transmit this Order and the attached waiver form to the Warden at the Westchester County Jail; (2) the Warden at the Westchester County Jail shall arrange a call and provide the appropriate individual with the dial-in number 888-363-4749 and access code 2682448 at which all parties will be reachable at the above time and date; (3) the Westchester County Jail shall produce Defendant at least fifteen minutes before the scheduled time for Defendant's sentencing hearing in order to allow him time to consult with his attorney in advance of the conference, including with regard to the attached waiver form; (4) the Westchester County Jail shall arrange for Defendant to receive prior to the scheduled sentencing hearing a copy of the attached waiver form so that Defendant's attorney can discuss the waiver with him prior to the sentencing hearing; and (5) after the sentencing hearing, if Defendant signs the waiver form, the Westchester County Jail shall email a copy of the signed form to BroderickNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated: New York, New York
April 16, 2020

Vernon S. Broderick
United States District Judge

April 8, 2020 P.M.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA

                     -v-   **WAIVER OF RIGHT TO BE PRESENT**
                                          **AT CRIMINAL PROCEEDING**

FNU LNU,
a/k/a "Jaime Morales Sanchez,"                                **19-CR-688 (VSB)**
a/k/a "James Morales Sanchez,"
a/k/a "Jamie Morales Sanchez,"
a/k/a "James Morales,"
                            Defendant.
----------------------------------------------------------------X

**Check Proceeding that Applies**

_____   Entry of Plea of Guilty

I am aware that I have been charged with violations of federal law. I have consulted with my attorney about those charges. I have decided that I wish to enter a plea of guilty to certain charges. I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my plea of guilty and to have my attorney beside me as I do. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I have discussed these issues with my attorney. By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to enter a plea of guilty. By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my plea so long as the following conditions are met. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:   _____         _____
                       Print Name                                              Signature of Defendant

_____   Sentence

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my sentence and to speak directly in that courtroom to the judge who will sentence me. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I do not wish to wait until the end of this emergency to be sentenced. I have discussed these issues with my attorney and willingly give up my right to be present, at the time my sentence is imposed, in the

courtroom with my attorney and the judge who will impose that sentence. By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York for my sentencing proceeding as well as my right to have my attorney next to me at the time of sentencing on the following conditions. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:        _____            _____
             Print Name                         Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date:        _____            _____
             Print Name                         Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date:        _____
             Signature of Defense Counsel

**Accepted:**   _____
               Signature of Judge
               Date: