```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

        - v. -

FNU LNU
also known as
Jaime Morales Sanchez
also known as
James Morales Sanchez
also known as
Jamie Morales Sanchez
also known as
James Morales
also known as
Sealed Defendant 1,

                  Defendant.

-----------------------------------------------------------X

ORDER

19-CR-688 (VSB)

VERNON S. BRODERICK, U.S.D.J.

    It is hereby ORDERED that the defendant in the above captioned case, USM Number 87148-054, has been sentenced to a term of imprisonment of "Time Served", and therefore is to be released subject to any detainers.

SO ORDERED.

Dated: New York, New York
       April 28, 2020

_____
Vernon S. Broderick
United States District Judge