```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
                                    :       **ORDER**
        - v -                       :
                                    :       **19 Cr. 688 (VSB)**
FNU LNU,                            :
    a/k/a "Jaime Morales Sanchez,"  :
    a/k/a "James Morales Sanchez,"  :
    a/k/a "Jamie Morales Sanchez,"  :
    a/k/a "James Morales,"          :
                                    :
                Defendant.          :
------------------------------------X

VERNON S. BRODERICK, United States District Judge:

The New York Police Department is DIRECTED to release to Ms. Cirila Castillo the blue 2002 Honda CRV bearing New York plates "JBN2981," held at the Springfield Auto Pound under invoice number 1001257344.

                              SO ORDERED:

Dated: New York, New York
       May 28, 2020

                              _____
                              Vernon S. Broderick
                              United States District Judge